**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

BREAM ORCHARDS, LLC,

    Plaintiff,

       v.

COLLINS PRODUCE, INC., LISA A. COLLINS, and RONALD L. COLLINS,

    Defendants.

_____/

CIVIL ACTION

Case No.:   8: 11-cv-2113-T-30MAP

Hon. James S. Moody, Jr.

## ORDER

This cause is before the Court on Plaintiff Bream Orchards, LLC's Motion for Default Judgment (Dkt. 18) against Defendants Collins Produce, Inc., Lisa A. Collins and Ronald L. Collins.

Upon considering the motion and otherwise being advised in the premises, the Court finds that Defendants were served with the Summons and Complaint, that in excess of twenty (20) days have passed, and that the Clerk has entered the default of Defendants. Further, the Court finds that Defendants have failed to answer, respond or appear. Moreover, the Court finds that under *Country Best v. Christopher Ranch,* LLC, 361 F.3d 629, 633 (11th Cir. 2004), prejudgment interest and attorney fees are "sums owing in connection" with the produce transactions, and that Defendants shall be responsible for payment of these amounts.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff Bream Orchards, LLC's Motion for Default Judgment (Dkt. 18) is GRANTED.

2. The Court grants judgment in favor of Plaintiff Bream Orchards, LLC on its claim against Defendants for the principal amount of $21,162.00, plus accrued interest of $4,904.41.

3. The Court also grants Plaintiff attorneys' fees and costs in the amount of $4,855.17.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants, COLLINS PRODUCE, INC., LISA A. COLLINS, and RONALD L. COLLINS, jointly and severally, in the amount of $30,921.58. The judgment shall accrue interest at the contract rate of 1.5% per month until the judgment is fully satisfied.

5. The Clerk is directed to close this case and deny any pending motions as moot.

**DONE and ORDERED** in Tampa, Florida on January 6, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2113.mdj.rtf